UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) ) | |
| MARKETING, SALES PRACTICES AND ) | 3:09-md-02100-DRH-PMF |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2100 |

**This Document Relates To:**

    Brandi Adams v. Bayer Corp., et al. No. 3:10-cv-10225-DRH-PMF
    Brittany Craig v. Bayer Corp., et al. No. 3:10-cv-11347-DRH-PMF
    Candace E. Cowley v. Bayer Corp., et al. No. 3:10-cv-10416-DRH-PMF
    Carletha Phifer v. Bayer Corp., et al. No. 3:10-cv-11325-DRH-PMF
    Carmen Head v. Bayer Corp., et al. No. 3:10-cv-11382-DRH-PMF
    Disheeka Barrett v. Bayer Corp., et al. No. 3:10-cv-11867-DRH-PMF
    Donna Bacon v. Bayer Corp., et al. No. 3:10-cv-11723-DRH-PMF
    Grace Anne Rahner v. Bayer Corp., et al. No. 3:10-cv-11331-DRH-PMF
    Isabel Melendez v. Bayer Corp., et al. No. 3:10-cv-10676-DRH-PMF
    Kecia Calvert v. Bayer Corp., et al. No. 3:10-cv-10248-DRH-PMF
    Lucille Reed v. Bayer Corp., et al. No. 3:10-cv-12047-DRH-PMF
    Meredith Schleicher v. Bayer Corp., et al. No. 3:10-cv-10192-DRH-PMF
    Onica Anderson v. Bayer Corp., et al. No. 3:10-cv-11370-DRH-PMF
    Regina Doherty v. Bayer Corp., et al. No. 3:10-cv-11436-DRH-PMF
    Sarah Hesselton v. Bayer Corp., et al. No. 3:10-cv-11921-DRH-PMF
    Soundra Pollocks v. Bayer Corp., et al. No. 3:10-cv-12053-DRH-PMF
    Stephanie Sinon v. Bayer Corp., et al. No. 3:10-cv-10171-DRH-PMF

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed by the parties on December 28, 2010, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                       NANCY J. ROSENSTENGEL,
                                       CLERK OF COURT


                                   BY:     /s/*Sandy Pannier*
                                                  **Deputy Clerk**

David R. Herndon
2010.12.29
16:41:44 -06'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**